# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0817
_____

CAPACITY INSURANCE COMPANY,

   Appellant,

v.

CAL-CO CONSTRUCTION AND
DEVELOPMENT, LLC,

   Appellee.

_____


On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

January 16, 2024


PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Hinda Klein of Conroy Simberg, Hollywood, for Appellant.

Jason A. Herman and Madysen Scott-Cavitt of Herman & Wells, P.A., Pinellas Park; Travis D. Watson of Travis Watson, P.A., Lutz, for Appellee.